# EXHIBIT A-1

US 7,449,926

**Analysis of Infringement of U.S. Patent No. 7,449,926 by BPS Direct, LLC and Cabela's LLC**
**(Based on Public Information Only)**

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 7,449,926, entitled "Circuit for asynchronously resetting synchronous circuit" (the "'926 patent") by BPS Direct, LLC and Cabela's LLC (collectively, "Bass Pro"). The following chart illustrates an exemplary analysis regarding indirect infringement by Bass Pro's branded contactless consumer credit cards (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Bass Pro has not yet provided any non-public information.

Induction Devices contends that the Accused Instrumentalities are marketed, provided to, and/or used by or for Bass Pro's partners, clients, customers and end users across the country and in this District, resulting in acts of direct infringement under 35 U.S.C. § 271(a) by those third parties. Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through use of the Accused Instrumentalities by Bass Pro's partners, clients, customers, and end users. However, to the extent that Bass Pro attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Bass Pro nor has Bass Pro disclosed any detailed analysis for its non-infringement position, if any. Further, Induction Devices does not have the benefit of claim construction or expert discovery. Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis

US 7,449,926

| Claim # | (Infringement) |
|---|---|
| 1. A reset signal generation circuit for generating a first reset signal provided to a synchronous circuit that operates in accordance with a clock signal, the reset signal generation circuit comprising: | The Accused Instrumentalities comprise a reset generation circuit for generating a first reset signal provided to a synchronous circuit that operates in accordance with a clock signal.<br><br>EMVCo.<br><br>**EMV®**<br>**Level 1 Specifications for Payment Systems**<br><br>**EMV® Contactless Interface Specification**<br><br>Version 3.2<br>July 2022 |



https://www.basspro.com/b/club

3

US 7,449,926



https://www.cabelas.com/b/club

4

US 7,449,926



https://www.creditcards.com/statistics/contactless-tap-and-go-cards-us-market/

5

US 7,449,926

 

Contactless INDICATOR

Contactless SYMBOL

**Contactless Indicator**

The Contactless Indicator is for use on payment cards and mobile devices to demonstrate that they can be used to make EMV Contactless payments.

**Contactless Symbol**

The Contactless Symbol is for use at the point-of-sale to signal to consumers that a payment terminal can accept EMV Contactless payments.

https://www.emvco.com/emv-technologies/emv-contactless-chip/

The Accused Instrumentalities comprise Proximity Integrated Circuit Cards (PICCs) operating in compliance with the EMV Level 1 Contactless Interface Specification Version 3.2 (July 2022).

Further, EMV Contactless standard is based on and compliant with the ISO/IEC 14443 standard.

> **1.3 Normative References**
>
> The following standards contain provisions that are referenced in this specification. The latest version including all published amendments applies unless a publication date is explicitly stated.
>
> | | |
> |---|---|
> | [ISO/IEC 7810] | Identification cards – Physical characteristics. |
> | [ISO/IEC 14443-1] | Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 1: Physical characteristics. |
> | [ISO/IEC 14443-2] | Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 2: Radio frequency power and signal interface. |
> | [ISO/IEC 14443-3] | Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 3: Initialization and anticollision. |
> | [ISO/IEC 14443-4] | Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 4: Transmission protocol. |
> | [ISO/IEC 13239] | Information technology – Telecommunications and information exchange between systems – High-level data link control (HDLC) procedures. |
> | [ISO/IEC 10373-6] | Identification cards – Test methods – Part 6: Proximity cards. |
>
> (EMV Level 1, Contactless Interface v3.2)

EMV Level 1 Contactless Interface Specification, Version 3.2, Section 1.3 at 2.

The PICC in an EMV contactless system is a synchronous circuit because its operations, like decoding commands and responding to the reader, are synchronized and timed.

For example, the *EMV Level 1 Contactless Interface Specification v3.2, Annex A.2 (Page 240)* defines modulation parameters like $t_1$ (bit duration, 2.06-2.99 μs, approximately 28-40 cycles of $f_c$), $t_3$ (field low time, 0-1.18 μs), and $t_4$ (field rise time, 0 to min(0.44, $t_1$/1.5) μs). <u>These timings indicate the PICC samples the RF field at intervals aligned with $f_c$ to decode bits, mandating a synchronous circuit.</u>

**Table A.2: RF Power and Signal Interface**

| Topic | Parameter | EMV – TEST PICC | Value Min | Value Max | Units |
|---|---|---|---|---|---|
| Power Transfer PCD→PICC | $V_{OV}$ $(0 \le z \le 2)$ | 1 | 4.30 – 0.05 z | 7.35 | V |
| | | 2 | 4.60 | 6.95 | V |
| | | 3 | 4.11 – 0.20 z | 8.75 | V |
| | $V_{OV}$ $(2 < z \le 4)$ | 1 | 4.56 – 0.18 z | 7.35 | V |
| | | 2 | 4.60 | 6.95 | V |
| | | 3 | 4.19 – 0.24 z | 8.75 | V |
| | $\Delta V_{SENSE}R$ | 2 | 0 | 1 | – |
| Carrier Frequency | $f_c$ | | 13.553 | 13.567 | MHz |
| Modulation PCD→PICC (Type A) | $t_1$ | | 2.06 | 2.99 | μs |
| | $t_2$ | | 0.52 | $t_1$ | μs |
| | $t_3$ | | 0 | 1.18 | μs |
| | $t_4$ | | 0 | min(0.44, $t_3$/1.5) | μs |
| | $t_5$ | | 0 | 0.50 | μs |
| | $V_{OU,A}$ | 1 (LLZ) | 0 | (1 – $t_3$/2.36) x 0.1 | – |
| | | 2 (LLZ) | 0 | (1 – $t_3$/2.36) x 0.1 | – |
| | | 3 (LLZ) | 0 | (1 – $t_3$/2.36) x 0.1 | – |
| | | 1 (HLZ) | 0 | $t_3$ < 0.44 μs: (1 – $t_3$/0.742) x 0.2<br>$t_3 \ge$ 0.44 μs: (1 – $t_3$/2.36) x 0.1 | – |
| | | 2 (HLZ) | 0 | $t_3$ < 0.44 μs: (1 – $t_3$/0.742) x 0.2<br>$t_3 \ge$ 0.44 μs: (1 – $t_3$/2.36) x 0.1 | – |
| | | 3 (HLZ) | 0 | $t_3$ < 0.44 μs: (1 – $t_3$/0.742) x 0.2<br>$t_3 \ge$ 0.44 μs: (1 – $t_3$/2.36) x 0.1 | – |

EMV Level 1 Contactless Interface Specification v3.2, Annex A.2 at 240

US 7,449,926

|  |  |
|---|---|
|  | For an additional example, the PICC must respond to commands within the Frame Delay Time (FDT), defined in *Annex A.4 at 244)* as $FDT_{A,PCD,MIN}=1172/f_c$ (approximately 86.4 μs). <u>This requires the PICC to measure time in terms of $f_c$ cycles, indicating that it is a synchronous circuit.</u><br><br>**A.4  Sequences and Frames**<br><br>Table A.5 lists the values of the parameters to define the requirements regarding sequences and frames. For some of the parameters a minimum and maximum value is defined. Other parameters are defined by a single value.<br><br>Parameters listed in Table A.5 have a value for the PCD and for the PICC. Unless otherwise specified, the PCD value is used when the parameter is referenced in a PCD requirement. The PICC value is used when referenced in a PICC requirement.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Annex A.4 at 244 |
| an operation detection circuit for detecting whether the synchronous circuit is operating normally or abnormally and for generating an operation detection signal; | The Accused Instrumentalities further comprise an operation detection circuit for detecting whether the synchronous circuit is operating normally or abnormally and for generating an operation detection signal.<br><br>The synchronous circuit in Accused Instrumentalities is operating normally when it is detected to be in a normal-power state. The synchronous circuit in Accused Instrumentalities is operating abnormally when it is detected to be in a low-power state. Because the EMV Contactless Interface Specification requires that the PICC shall return to the POWER-OFF state within $t_{RESET}$ of the Operating Field being switched off, the PICC must be capable of detecting a low-power condition. The Accused Instrumentalities must therefore comprise an operation detection circuit or the equivalent, which detects whether the synchronous circuit is powered properly (operating normally) or if there is a low-power condition (operating abnormally), which signals to the rest of the system (operation detection signal) if there is a low-power condition (abnormal) or not (normal). |

9

| | |
|---|---|
| | **PICC**<br><br>3.2.7.1   A PICC shall return to the **POWER-OFF** state no later than $t_{RESET}$ after the Operating Field is switched off as specified in Table 3.10 and Table 3.11.<br><br>Refer to Annex A.5 for the value of $t_{RESET}$.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Section 3.2 at 44 |
| a signal control circuit, connected to the operation detection circuit, for generating the first reset signal based on a system reset signal, the clock signal, and the operation detection signal, | The Accused Instrumentalities further comprise a signal control circuit, connected to the operation detection circuit, for generating the first reset signal based on a system reset signal, the clock signal, and the operation detection signal.<br><br>On information and belief, the Accused Instrumentalities comprise a signal control circuit which generates the first reset signal and uses the values of the system reset signal, the clock signal, and the operation detection signal to determine the state of the first reset signal.<br><br>The Accused Instrumentalities further comprise a system reset signal which is used to indicate a POWER-ON condition or a non-POWER-ON condition and is used as an input to the signal control circuit.<br><br>Upon information and belief, the PICC responds to the first reset signal, during normal operation, by entering the initialization sequence of the PICC or, during abnormal operation, by entering the POWER-OFF sequence. |



EMV Level 1 Contactless Interface Specification v3.2, Figure 7.1 at 177

11

US 7,449,926

| | |
|---|---|
| | **7.2.1 POWER-OFF State**<br><br>In the POWER-OFF state, the PICC is not powered because of a lack of carrier energy.<br><br>If the PICC is exposed to an unmodulated carrier, it enters its IDLE state no later than $t_P$ as defined by requirement 3.2.8.1.<br><br>The PICC moves back to the POWER-OFF state no later than $t_{RESET}$ after the Operating Field is switched off as defined by requirement 3.2.7.1. This transition is not shown in Figure 7.1 for clarity.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Section 7.2.1 at 178<br><br>**PICC**<br><br>3.2.7.1  A PICC shall return to the POWER-OFF state no later than $t_{RESET}$ after the Operating Field is switched off as specified in Table 3.10 and Table 3.11.<br><br>Refer to Annex A.5 for the value of $t_{RESET}$.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Section 3.2 at 44 |
| wherein the signal control circuit generates the first reset signal that is synchronous to the clock signal in response to the system reset signal when the synchronous | The signal control circuit in the Accused Instrumentalities generates the first reset signal that is synchronous to the clock signal in response to the system reset signal when the synchronous circuit is operating normally.<br><br>When the PICC is operating with sufficient power (operating normally) and the POWER-ON signal (system reset signal) is indicating a POWER-ON condition, the signal control circuit of the Accused Instrumentalities generates the first reset signal which causes the PICC to enter the initialization sequence (first reset signal which is synchronous to the clock signal). |

12

US 7,449,926

| | |
|---|---|
| circuit is operating normally, and | <br>EMV Level 1 Contactless Interface Specification v3.2, Figure 7.1 at 177 |

13

| | |
|---|---|
| | **7.2.1 POWER-OFF State**<br><br>In the POWER-OFF state, the PICC is not powered because of a lack of carrier energy.<br><br>If the PICC is exposed to an unmodulated carrier, it enters its IDLE state no later than $t_P$ as defined by requirement 3.2.8.1.<br><br>The PICC moves back to the POWER-OFF state no later than $t_{RESET}$ after the Operating Field is switched off as defined by requirement 3.2.7.1. This transition is not shown in Figure 7.1 for clarity.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Section 7.2.1 at 178 |
| wherein the signal control circuit generates the first reset signal that is asynchronous to the clock signal in response to the system reset signal when the synchronous circuit is operating abnormally. | The signal control circuit in the Accused Instrumentalities generates the first reset signal that is asynchronous to the clock signal in response to the system reset signal when the synchronous circuit is operating abnormally.<br><br>When the PICC is operating in a low-power condition (operating abnormally) and the POWER-ON signal (system reset signal) is indicating no POWER-ON condition, the signal control circuit of the Accused Instrumentalities generates the first reset signal which causes the PICC to enter the POWER-OFF sequence (first reset signal which is asynchronous to the clock signal). A low-power condition can happen at any time, regardless of the state of the clock, and therefore the first reset signal which causes the PICC to enter the POWER-OFF sequence is asynchronous to the clock. |

| | |
|---|---|
| | **7.2.1 POWER-OFF State**<br><br>In the POWER-OFF state, the PICC is not powered because of a lack of carrier energy.<br><br>If the PICC is exposed to an unmodulated carrier, it enters its IDLE state no later than $t_P$ as defined by requirement 3.2.8.1.<br><br>The PICC moves back to the POWER-OFF state no later than $t_{RESET}$ after the Operating Field is switched off as defined by requirement 3.2.7.1. This transition is not shown in Figure 7.1 for clarity.<br><br>EMV Level 1 Contactless Interface Specification v3.2, Section 7.2.1 at 178<br><br>This is consistent with the teachings of the '926 patent which describes a common condition when a circuit is operating abnormally:<br><br>*When the power supply voltage of the semiconductor device becomes less than the operable voltage, the setting of an internal circuit becomes unstable. In such a case, the semiconductor device may operate abnormally or the CPU may operate erroneously. To prevent this, the reset signal generation circuit of the semiconductor device monitors the power supply voltage and generates a reset signal when the power supply voltage decreases.*<br>U.S. Patent No. 7,449,926 at 1:28-36 |

15